IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AFRIVIE OSCAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:17-cv-0433-KOB-JEO |
| SCOTT HASSELL, Sheriff of Etowah ) | |
| County Detention, et al, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Afrivie Oscar, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). The cause now comes to be heard on Respondents' motion to dismiss the action as moot, on the ground that Petitioner has been removed. (Doc. 9). As explained below, the court concludes that the motion is due to be granted.

Respondents' motion is supported by a declaration by a Supervisory Detention and Deportation Officer who states that Petitioner was removed from the United States to Ghana on June 13, 2017. (Doc. 9-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the

court can no longer provide meaningful relief.  See Nyaga v. Ashcroft, 323 F.3d 906, 913 (11th Cir. 2003).  Respondents' motion is due to be granted and this action is due to be dismissed.  A separate Final Order will be entered.

DONE and ORDERED this 23rd day of June, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE